AUSA: Miean Wallace Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Brian Cawrse Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Jiansong He

Case No.
Case: 2:26−mj−30613
Assigned To : Unassigned
Assign. Date : 10/1/2026
Description: RE: JIANSONG HE (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 5, 2026 - August 11, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution and receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Brian Cawrse, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 1, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Brian Cawrse, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2022 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have participated in many aspects of federal investigations including, but not limited to, subject, victim, and witness interviews, analysis of telephone and financial records, and the preparation and execution of arrest and search warrants. I have gained experience through training at the FBI Academy, post-Academy training, and everyday work related to conducting federal investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2422(b), and 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Jiansong HE XX-XX-1991, for violations of 18 U.S.C. § 2252A(a)(2), distribution and receipt of child pornography, and 2252A(a)(5)(B), possession of child pornography.

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, information gathered from investigative sources of information, interviews, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that HE has violated 18 U.S.C. § 2252A(a)(2) and 2252A(a)(5)(B).

**PROBABLE CAUSE**

6. On July 20, 2026, I accessed a law enforcement sensitive database that documents files of interest being shared from a peer-to-peer file sharing program. Peer-to-peer file sharing systems allow internet users to share electronic files, including images and videos, and its users are generally anonymous to each other. I identified Internet Protocol (IP) address 68.40.254.212 (the Subject IP address) as a potential download candidate because approximately 997 files of investigative interest were observed to have been shared from May 17, 2026, through July 9, 2026. A file of investigative interest is defined as a file associated with keywords or hash values related to material consistent with the federal definition of child pornography.

7. After identifying the Subject IP address, I contacted a member of the Michigan State Police (MSP) that had downloaded files that were made available by a computer using the Subject IP address. At the time, MSP had downloaded approximately 1 terabyte of files from the Subject IP address. MSP provided the FBI files downloaded from the Subject IP address for review. The files that MSP provided were downloaded between the dates of approximately July 5 – July 9, 2026, contained 1,038 total files (images and videos), and totaled approximately 50.4 gigabytes in size.

8. I reviewed some the images and videos downloaded by MSP from the Subject IP address and found many of them meet the federal definition of child pornography. Examples from some of the videos I reviewed, that were downloaded on or around July 5, 2026, are as follows:

a. A video entitled "010110" that depicts a nude female toddler being bound, hung upside down, hit in the genitals, clamps applied to her nipples and genitals, and otherwise tortured.

b. A video entitled "011261" that depicts an adult male inserting his erect penis into the vagina of a female toddler.

c. A video entitled "003755" that depicts an adult male inserting his erect penis into the vagina and anus of a prepubescent female and then ejaculating on her body.

9. On September 23, 2026, I contacted the same member of the MSP that had downloaded additional files that were made available by a computer using the Subject IP address. MSP provided the FBI additional files downloaded from the between on or about August 10 – August 11, 2026, contained 2,007 total files (images and videos), and totaled approximately 12.7 gigabytes in size.

10. I reviewed some the additional images and videos downloaded by MSP from the Subject IP address and again found many of them met the federal definition of child pornography. Examples from some of the videos I reviewed, that were downloaded on or around August 10, 2026, are as follows:

a. A video entitled "020416" that depicts a nude prepubescent female performing oral sex on an adult male.

b. A video entitled "003795" that depicts an unknown individual repeatedly inserting their finger into the anus of a female infant/toddler.

11. On July 27, 2026, investigators received a response to an administrative subpoena sent to Comcast requesting information about the subscriber of the Subject IP address, from June 16, 2026, through July 9, 2026. Based on the information provided by Comcast, the Subject IP address was assigned to Jiansong HE, and both the billing and service addresses for the Subject IP address was XXX Carson Dr., Westland Michigan, 48185.

12. On September 24, 2026, investigators received a response to a follow-on administrative subpoena sent to Comcast requesting information about the subscriber of the Subject IP address, from July 10, 2026, through August 11, 2026. Based on the information provided by Comcast, the Subject IP address was still assigned to HE, and both the billing and service addresses for the Subject IP address were still XXX Carson Dr., Westland Michigan, 48185.

13. On July 27, 2026, and again on September 17, 2026, a query of the Michigan Secretary of State records indicated that HE's driver's license was registered at XXX Carson Dr., Westland Michigan, 48185. Two other individuals also had driver's licenses registered to the Carson Dr. address, but they have since been canceled.

14. On October 1, 2026, the FBI executed a federal search warrant at HE's residence. During the search, multiple electronic devices, including a cell phone and desktop computer, were located at the residence. HE provided the FBI the passcodes to his cellphone and computer, and an on-scene review was conducted.

15. During the preliminary review of the desktop computer, FBI Agents observed a folder titled "Telegram Downloads" that contained multiple media files. Investigators reviewed some of the files in the Telegram Downloads folder and

found that many of them met the federal definition of child pornography. Examples of some of the files that were reviewed are as follows:

a. A 10 second video of an adult male having vaginal intercourse with an approximately 9-year-old female, who is depicted nude and her genitals are visible in the video.

b. A picture of an approximately 9-year-old female wearing just a shirt, while straddling another person with her vagina exposed to the camera.

16. During the preliminary review of the cell phone, FBI Agents located the application Telegram. FBI Agents reviewed some of the chats in the Telegram app, and found one chat in particular titled “Deleted Account”, with multiple videos in the chat that meet the federal definition of child pornography. Examples of some of the files that were reviewed are as follows:

a. A video of an adult male having vaginal intercourse with a prepubescent female. Throughout the video, the child’s genitals are visible.

b. A video of a prepubescent female laying on a bed, with her genitals exposed to the camera. A nude adult male enters the frame before the video stops.

17. During the search of his residence, HE was advised of his rights and interviewed. During the interview, HE stated that his parents used to live at the Carson Dr. address, but moved approximately one and a half years ago, and HE is currently the only person living at the residence.

**CONCLUSION**

18. Based on the foregoing, there is probable cause to believe that Jiansong HE committed violations of 18 U.S.C. § 2252A(a)(2), distribution and receipt of child pornography, and 2252A(a)(5)(B), possession of child pornography.

Respectfully submitted,

Brian Cawrse, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

Date: October 1, 2026